## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICARDO YOUNG, JAMILAH YOUNG, and RICO YOUNG** | * CIVIL ACTION NO. 2:23-CV-01734 <br> * <br> * |
| **VERSUS** | * JUDGE WENDY B. VITTER <br> * |
| **EAN HOLDINGS, LLC d/b/a ENTERPRISE HOLDINGS, INC., SCOTT LAWRENCE, and PROGRESSIVE PALOVERDE INSURANCE COMPANY** | * MAGISTRATE JUDGE MICHAEL B. <br> * NORTH <br> * <br> * JURY TRIAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Ricardo Young, Jamilah Young, and Rico Young, who move this Honorable Court for an order allowing Allison J. Johnson (#36207) to enroll as counsel with Wright & Gray, 201 St. Charles Avenue, Suite 2710, New Orleans, LA, 70170, as additional counsel of record for Plaintiffs.

WHEREFORE, Plaintiffs, Ricardo Young, Jamilah Young, and Rico Young, pray this Honorable Court grant this Motion to Enroll as Counsel of Record in the above numbered and entitled cause.

        Respectfully submitted,

        **WRIGHT & GRAY**

        */s/ Daryl A. Gray*
        **DARYL A. GRAY, La. Bar No. 34225**
        **ERIC A. WRIGHT, La. Bar No. 26149**
        **ALLISON J. JOHNSON, La. Bar No. 36207**
        201 St. Charles Ave., Suite 2710
        New Orleans, LA 70170
        Telephone: 504-500-0000
        Facsimile: 504-324-0445
        daryl@wrightgray.com
        eric@wrightgray.com
        allison@wrightgray.com
        ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 11th day of October, 2023, electronically filed the above and foregoing pleading with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system.

>  */s/ Daryl A. Gray*
>  **Daryl A. Gray**