UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICARDO YOUNG, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 23-1734**

**EAN HOLDINGS, LLC, ET AL**                                **SECTION: D (5)**

### SHOW CAUSE ORDER

**IT IS HEREBY ORDERED** that Ricardo Young, Jamilah Young, and Rico Young (collectively, "Plaintiffs"), shall appear and show cause on **Friday, March 1, 2024 at 11 a.m. (CST)** as to why sanctions should not issue for Plaintiffs' failure to comply with the Court's November 13, 2023 Order giving Plaintiffs until November 17, 2023 to file a comprehensive amended pleading (R. Doc. 21), which necessitated EAN Holding, LLC's Rule 41(B) Motion for Involuntary Dismissal of Plaintiffs' Petition for Damages (R. Doc. 23).

New Orleans Louisiana, February 28, 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**