**MINUTE ENTRY**
**VITTER, J.**
**MARCH 1, 2024**
**JS10 – 0:30**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICARDO YOUNG, ET AL**                            **CIVIL DOCKET**

**VERSUS**                                                       **NO. 23-1734**

**EAN HOLDINGS, LLC, ET AL**                    **SECTION:  D (5)**

## <u>SHOW CAUSE HEARING</u>

COURTROOM DEPUTY:   Tate Curington
COURT REPORTER:         Nichelle Wheeler
LAW CLERK:                     Frannie Ledson

APPEARANCES:            Allison J. Johnson, Counsel for Plaintiffs
                                     Jordan T. Lacoste, Counsel for Defendant, EAN Holdings,
                                     LLC


Court begins at 11:00 a.m.

Case called; all present and ready.

Court gives procedural background of the case and the reasons for issuing a Show Cause Order, namely Plaintiffs' counsel's repeated failures to comply with Court deadlines.

Plaintiffs' counsel addresses the Court's questions and concerns regarding Plaintiffs' failure to offer an explanation for, or seek leave to file, their untimely Amended Complaint (R. Doc. 24).

Court questions defense counsel about the Amended Complaint.  Defense counsel offers additional information to the Court, including Plaintiffs' failure to serve three of the defendants with the Amended Complaint, and the effect that will have upon EAN Holdings, LLC's potential dismissal from the suit as counsel for Plaintiffs previously represented.

Court further questions Plaintiffs' counsel regarding the failure to serve the other three defendants in the case, and Plaintiffs' counsel's prior representation to the Court that Plaintiffs would likely dismiss EAN Holdings, LLC from the case.

Court advised counsel that it will be issuing another show cause order, requiring Plaintiffs to show cause in writing by **Friday, March 8, 2024** why defendants,

Scott Lawrence, Progressive Paloverde Insurance Company, and Empire Fire and Marine Insurance Company, should not be dismissed for failure to prosecute under Fed. R. Civ. P. 4(m)

Court  issued an **oral Order CONTINUING** the Show Cause Hearing until **Monday, March 11, 2023 at 1:00 p.m. (CST)** and **REQUIRING** that Ms. Johnson and Daryl A. Gray, lead counsel, be present on behalf of the Plaintiffs.  The Court advised counsel that if Mr. Gray has any conflict with that date and time, he shall confer with opposing counsel and either file a motion to continue the hearing to a date and time when all counsel are available or request a telephone status conference with the Court.


**IT IS HEREBY ORDERED** that the Show Cause Hearing is **CONTINUED** until **Monday, March 11, 2023 at 1:00 p.m. (CST).**

Court ends at 11:30 a.m.

New Orleans, Louisiana, this 1st day of March 2024.