UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICARDO YOUNG, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-1734** |
| **EAN HOLDINGS, LLC, ET AL** | **SECTION: "D" (5)** |

## ORDER TO SHOW CAUSE

The above-captioned matter was removed to this Court on May 23, 2023. (R. Doc. 1). An Amended Complaint was filed on November 28, 2023. (R.Doc. 24). The Amended Complaint listed Scott Lawrence, EAN Holdings LLC, Progressive Paloverde Insurance Company and Empire Fire and Marine Insurance Company as defendants. A review of the record indicates that service of the amended complaint has not been effected as to the defendants, Scott Lawrence, Progressive Paloverde Insurance Company and/or Empire Fire and Marine Insurance Company.

> Rule 4(m) of the Federal Rules of Civil Procedure provides:
>
> Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, must dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

On March 1, 2024, the Court held a hearing on the Court's Order to Show Cause (R. Doc. 31). During that hearing, the Court asked counsel for Plaintiff about

the failure to request service following the filing of the amended complaint.[1] Counsel advised that she was unaware that service had not been requested and had no explanation for that failure.

**IT IS HEREBY ORDERED THAT ON OR BEFORE FRIDAY, MARCH 8, 2024** plaintiff shall file proof of service or show good cause, in writing, why the defendants, Scott Lawrence, Progressive Paloverde Insurance Company and/or Empire Fire and Marine Insurance Company should not be dismissed for failure to prosecute pursuant to FRCP 4(m).

Failure to comply with this Order of the Court, or show good cause in writing as to why these defendants should not be dismissed, may result in dismissal without prejudice of defendants, Scott Lawrence, Progressive Paloverde Insurance Company and/or Empire Fire and Marine Insurance Company.

As discussed during the conference today, the conference on the Court's Order to Show Cause (R. Doc. 31) was continued due to the absence of lead counsel.

**IT IS FURTHER ORDERED** that a hearing on the Court's Order to Show Cause (R. Doc. 31) will continue on Monday, March 11, 2024, at 1:00 pm. Lead counsel Daryl Gray and Allison Johnson for Plaintiffs are required to appear.

New Orleans, Louisiana, this __1st__ day of March 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] Allison Johnson appeared at the Show Cause hearing. Lead counsel Daryl Gray did not appear for the hearing.