UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICARDO YOUNG, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-1734** |
| **EAN HOLDINGS, LLC, ET AL** | **SECTION: D (5)** |

**NOTICE REGARDING ORAL ARGUMENT REQUEST**

A request for oral argument has been filed in conjunction with the following motions: **Motion to Dismiss with Motion to Strike (Rec. Doc. 48) and Motion to Dismiss (Rec. Doc. 49)**, scheduled for submission before the district judge in this matter. <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **<u>if</u>** the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**MELISSA VERDUN, FOR THE COURT**
**CASE MANAGER SECTION D**
**melissa_verdun@laed.uscourts.gov**