UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICARDO YOUNG, ET AL.**             **CIVIL ACTION**

**VERSUS**             **NO. 23-1734**

**EAN HOLDINGS, LLC, ET AL.**             **SECTION: D (5)**

## ORDER

Before the Court is a Motion to Suspend and/or Extend Deadlines Set in the Scheduling Order [R. Doc. 15] With Motion to Continue Trial, filed by defendants, Empire Fire and Marine Insurance Company and "Scott Lawrence."[1]

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. The instant Motion had a submission date of April 16, 2024.[2] As of the date of this Order, no memorandum in opposition has been submitted.

After reviewing the Motion, the Court finds that good cause exists under Fed. R. Civ. P. 16 to amend the Scheduling Order.[3]

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** A telephone scheduling conference is hereby set for the 2nd day of May, 2024 at 10:00 a.m. with

---

[1] R. Doc. 53.
[2] *Id.*
[3] R. Doc. 15.

the Case Manager to select a new trial date and new pre-trial deadlines beginning beginning with the defendants' expert report deadline.[4]

New Orleans, Louisiana, April 18, 2024.

**WENDY B. VITTER**
**United States District Judge**

---

[4] The Court notes that the Plaintiffs' expert report deadline was February 28, 2024.  R. Doc. 15 at p. 2.  To the extent Plaintiffs intend to rely upon expert reports in this matter, such reports should have already been provided to Empire Fire and Marine Insurance Company and "Scott Lawrence."